## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

DEMARCUS RAKESTRAW                                    PETITIONER
Reg. #27612-177

v.                              No. 2:24-cv-227-DPM

C. HUMPHREY,
Warden, FCI Forrest City – Low                       RESPONDENT

### ORDER

1.  The Court withdraws the reference.

2.   Rakestraw has not updated his address with the Clerk, and the time to do so has passed.  *Doc. 12.*  His petition will therefore be dismissed without prejudice.  Local Rule 5.5(c)(2).

3.  Motions, *Doc. 6 & 10*, denied without prejudice as moot.

4.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 July 2025