IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMARCUS RAKESTRAW**  **PETITIONER**
Reg. #27612-177

v.  No. 2:24-cv-227-DPM

**C. HUMPHREY,**
Warden, FCI Forrest City – Low  **RESPONDENT**

## JUDGMENT

Rakestraw's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 July 2025